E. W. BLISS CO. v. SOUTHERN CAN CO. (Circuit Court of Appeals, Fourth Circuit. April 29, 1920.) No. 1721. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. Suit in equity by the E. W. Bliss Company against the Southern Can Company. Decree for defendant, and complainant appeals. Affirmed, on opinion below. 251 Fed. 903. Arthur C. Fraser, of New York City (Fraser, Turk & Myers, of New York City, Edwin F. Samuels, of Baltimore, Md., and Gustave R. Thompson, of New York City, on the brief), for appellant. Rob-

ert H. Parkinson and Ira J. Wilson, both of Chicago, Ill., for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PRITCHARD, Circuit Judge. The court below filed an exhaustive opinion, in which it discussed the questions presented here in a clear and forceful manner. 251 Fed. 903. After careful consideration, we are of the opinion that under the circumstances the findings and conclusions were eminently proper. It would be a work of supererogation to add anything to what has already been so well said. Therefore we will content ourselves by adopting the opinion of the learned judge who tried this case as the opinion of this court. For the reasons stated, the decree of the lower court is affirmed.